Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

for the

MAY 05 2023

_____ District of _____

**TAMMY H. DOWNS, CLERK**
By: _Brent Brasel_

Northern Division

**DEP CLERK**

| | |
|---|---|
| Richard Clark | )  Case No. __3:23-cv-00117-DPM__ |
| _____ | ) |
| **Plaintiff(s)** | )  *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |
| *If the names of all the plaintiffs cannot fit in the space above,* | )  Jury Trial: *(check one)* ☑Yes  ☐No |
| *please write "see attached" in the space and attach an additional* | ) |
| *page with the full list of names.)* | ) |
| **–v–** | ) |
| | ) |
| | ) |
| Nestle | ) |
| _____ | ) |
| **Defendant(s)** | ) |
| *(Write the full name of each defendant who is being sued. If the* | ) |
| *names of all the defendants cannot fit in the space above, please* | ) |
| *write "see attached" in the space and attach an additional page* | ) |
| *with the full list of names. Do not include addresses here.)* | |

This case assigned to District Judge _Marshall_
and to Magistrate Judge _Kearney_

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name            Richard Clark
Address         1501 Brookhaven
                Jonesboro        Ark.        72401
                *City*           *State*      *Zip Code*
County          Craighead
Telephone Number  870-919-5751
E-Mail Address    rborn1385 gmail.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1
    Name                      Nestle
    Job or Title *(if known)*
    Address                   1 Nestle Way
                              Jonesboro        Ark.        72401
                              *City*           *State*      *Zip Code*
    County                    Craighead
    Telephone Number          870-368-4800
    E-Mail Address *(if known)*

                              ☑ Individual capacity    ☐ Official capacity

Defendant No. 2
    Name
    Job or Title *(if known)*
    Address
                              _____  _____    _____
                              *City*           *State*      *Zip Code*
    County
    Telephone Number
    E-Mail Address *(if known)*

                              ☐ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3

    Name

    Job or Title *(if known)*

    Address

                               *City*                     *State*            *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity      ☐ Official capacity

Defendant No. 4

    Name

    Job or Title *(if known)*

    Address

                               *City*                     *State*            *Zip Code*

    County

    Telephone Number

    E-Mail Address *(if known)*

    ☐ Individual capacity      ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983.  If you are suing under section 1983, explain how each defendant acted under color of state or local law.  If you are suing under *Bivens*, explain how each defendant acted under color of federal law.  Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

1 Nestle Way Jonesboro, Ark. 72401

B.   What date and approximate time did the events giving rise to your claim(s) occur?

From 05-22 thru 11-09-2022

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

I Reported misconduct and was suspended without pay. I suffered injury (spinal) on the Job and was terminated while undergoing spine injections and physical therapy.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Severe Spinal injury. I've had numerous Back injections underwent 7 weeks of physical Therapy. Scheduled to see the neurologist on 05-18-2023 For advance treatment.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

I would like the court to reinstate my Job with reasonable accomodations due to my Injury, cover lost wages and past and Future medical expenses related to my Injury. Make me whole again.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    04-25-2023

Signature of Plaintiff

Printed Name of Plaintiff    RICHARD CLARK

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

|  | City | State | Zip Code |
|---|---|---|---|

Telephone Number

E-mail Address



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Little Rock Area Office**
820 Louisiana St, Suite 200
Little Rock, AR 72201
(501) 900-6130
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 03/07/2023

**To:** Mr. Richard Clark III
704 Marshall St
JONESBORO, AR 72401
Charge No: 493-2023-00187

EEOC Representative and email:    RITA BARNES
Enforcment Supervisor
rita.barnes@eeoc.gov

---

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 493-2023-00187.

On behalf of the Commission,

Digitally Signed By:Edmond Sims
03/07/2023
Edmond Sims
Acting District Director

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | 493-2023-00187 |

|  |  | and EEOC |
|---|---|---|
| *State or local Agency, if any* |  |  |

| I Name *(indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)* | Home Phone | Year of Birth |
|---|---|---|
| Mr. Richard Clark III | 870-919-5751 | 1970 |

Street Address

704 Marshall St

JONESBORO, AR 72401

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| Nestle | 501+ Employees |  |

Street Address

1 Nestle way

JONESBORO, AR 72401

| Name | No. Employees, Members | Phone No. |
|---|---|---|
|  |  |  |

| Street Address | City, State and ZIP Code |  |
|---|---|---|
|  |  |  |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |  |
|---|---|---|
|  | Earliest | Latest |
| Age, Race, Retaliation | 02/01/2022 | 11/09/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on or about January 17, 2022, as a sanitation technician. Since the beginning of my employment, I have been harassed, not provided training, and given assignments I am not certified to complete. On or about October 2022, I was harassed and threatened with suspension. On or about October 13, 2022, I reported harassment and was suspended without pay. On or about October 16, 2022, I returned to work and the harassment continued. On or about November 5, 2022, I was injured at work. On or about November 9, 2022, I was discharged.

I was not told why my supervisor harassed me and would not provide me training. I was told that since the other employees harassed me first, I was not being suspended. I was told that HR said it was necessary to suspended me and that because I was the one who complained I would be paid.  I was told to take some Tylenol and a hot shower. I received a certified letter saying that I was discharged for excessive absences.

I believe I was harassed, not provided training, and given assignments because of my race, African American, and suspended and discharged in retaliation for my complaints in violation of Title VII of the Civil Rights Act of 1964, as amended, and harassed, not provided training, and given

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Richard Clark III** 03/03/2023 | SUBSCRIBED    AND    SWORN    TO    BEFORE    ME    THIS    DATE *(month, day, year)* |
| *Charging Party Signature* |  |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC | **493-2023-00187** |

|  |  | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

assignments due to my age, 52, and suspended and discharged in retaliation for my complaint, in violation of the Age Discrimination in Employment Act of 1967, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally Signed By: Mr. Richard Clark III** | |
| **03/03/2023** | SUBSCRIBED   AND   SWORN   TO   BEFORE   ME   THIS   DATE<br>*(month, day, year)* |
| *Charging Party Signature* | |