# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

RICHARD CLARK                                                                 PLAINTIFF

v.                                    No. 3:23-cv-117-DPM

NESTLE                                                                         DEFENDANT

## ORDER

Joint 26(f) report, *Doc. [14]*, appreciated. The Court refers the case to Magistrate Judge Jerome T. Kearney to conduct a settlement conference.

So Ordered.

*(signed)*
D.P. Marshall Jr.
United States District Judge

3 October 2023