IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD CLARK                                                                    PLAINTIFF

v.                               No. 3:23-cv-117-DPM

NESTLE                                                                           DEFENDANT

### ORDER

Motion for discovery, *Doc. 18*, denied without prejudice. Discovery requests shouldn't be filed with the Court. *Doc. 20 at 2*. If a discovery dispute arises, the parties should follow the procedures outlined in the Final Scheduling Order, *Doc. 16 at 3*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 December 2023