IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD CLARK**                                                                                   **PLAINTIFF**

v.                                       No. 3:23-cv-117-DPM

**NESTLE**                                                                                              **DEFENDANT**

## ORDER

**1.** The Court notes that Clark's requests for admission, *Doc. 23*, were filed on the docket. Discovery requests should not be filed with the Court. This is the third and final warning. *Doc. 20 & 21*. The Court directs the Clerk to remove *Doc. 23* from the docket.

**2.** Nestle's request for a discovery conference, *Doc. 24*, is noted. The Court agrees that this case is bogged down by discovery disputes. The Court refers this case to Magistrate Judge Deere to hold a discovery conference promptly.

**3.** The Court also requests Magistrate Judge Kearney to schedule and hold a settlement conference within sixty days after Magistrate Judge Deere resolves the parties' discovery disputes.

**4.** The Court has received the parties' proposed Protective Order, dated 28 March 2024. It is a good start. But the provisions about resolving disputes, redaction, and sealing need work. It also needs a sunset provision. See *Doc. 10* in *Chaotic Labz, Inc. v. SDC Nutrition*, Case No. 4:18-cv-75-DPM (E.D. Ark. 7 August 2018), for a good

example.  Please revise and submit to chambers as directed in the Final Scheduling Order, *Doc. 16 at 2-3*.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 April 2024