# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**RICHARD CLARK**                                                    **PLAINTIFF**

v.                              No. 3:23-cv-117-DPM

**NESTLE**                                                           **DEFENDANT**

## ORDER

Clark's motion to compel, *Doc. 33*, is denied. Please follow the discovery dispute procedures in the Final Scheduling Order, *Doc. 16 at 3.*

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

6 June 2024