IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD CLARK**                                                    **PLAINTIFF**

v.                               No. 3:23-cv-117-DPM

**NESTLÉ USA, INC.**                                                 **DEFENDANT**

ORDER

The Court notes and appreciates appointed counsel's help with the May 2024 discovery hearing. *Doc. 28.* Lauren Graham is relieved as counsel with the Court's thanks for her service.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

20 September 2024