IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD CLARK**                                                                                      **PLAINTIFF**

v.                                       No. 3:23-cv-117-DPM

**NESTLÉ USA, INC.**                                                                                      **DEFENDANT**

### ORDER

1. One-sided status report, *Doc. 39*, noted. The Court directs the parties to meet in person, confer, and file a joint status report by 18 October 2024. The Court would appreciate an update on Clark's medical authorization and any other disputed discovery matters.

2. In January 2024, the Court told the parties that it would reinstate Nestlé's partial motion to dismiss if the parties didn't come to terms at the settlement conference. *Doc. 22*. They didn't. *Doc. 40*. Given the time that's passed, and the discovery that's been done, the better path is probably a summary judgment motion in due course. If Nestlé disagrees, it should inform the Court.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

20 September 2024