IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD CLARK**                                                        **PLAINTIFF**

v.                                   No. 3:23-cv-117-DPM

**NESTLÉ USA, INC.**                                                     **DEFENDANT**

### ORDER

    The Court has received Nestlé U.S.A., Inc's notice, *Doc. 43*. The Court orders Mr. Clark to deliver the signed medical authorization at his October 14th deposition if he has not already done so. The Court further orders Clark to confer in good faith with defense counsel before or after the deposition about any current discovery disputes. The Court reminds Mr. Clark that further noncooperation in discovery, or not complying with this Court's Orders, will result in sanctions—which may include a financial penalty, dismissal of his case, or both. Both parties (and counsel) have a duty to cooperate. Fed. R. Civ. P. 1 & 2015 Advisory Committee Note.

    So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 October 2024