IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

RICHARD CLARK                                                                          PLAINTIFF

v.                              No. 3:23-cv-117-DPM

NESTLÉ USA, INC.                                                                       DEFENDANT

## JUDGMENT

Clark's disability discrimination claims are dismissed without prejudice. His remaining claims are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

18 February 2025