IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**RICHARD CLARK**                                                                                    **PLAINTIFF**

v.                                              No. 3:23-cv-117-DPM

**NESTLÉ USA, INC.**                                                                              **DEFENDANT**

### ORDER

The Court granted Nestlé's motion for summary judgment and entered a final Judgment on 18 February 2025.  *Doc. 52 & 53.*  Clark's recent statement of undisputed material facts, *Doc. 54*, is too late.  Local Rule 56.1(d).  The Court has decided this case.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 April 2025